1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   ABEL HERRERA-BARAJAS



**FILED**

SEP 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ABEL HERRERA-BARAJAS, ) <br> ) <br> DEFENDANT. ) <br> ) <br> ) <br> ) <br> ) <br> ) | CR.-F-04-5328-AWI <br><br> REQUEST FOR DEFENDANT TO BE ALLOWED TO TELEPHONE MEXICO TO TALK TO HIS INFIRM MOTHER AND ATTACHED ORDER <br><br><br> JUDGE: HONORABLE DISTRICT COURT JUDGE ANTHONY W. ISHII |

ABEL HERRERA-BARAJAS hereby requests that he be allowed by Court Order to telephone his mother, Esperanza Hernandez, from the Fresno County Jail, at his own expense. Mr. Herrera-Barajas's mother has in the last three weeks suffered a heart attack and has the medical condition of diabetes. Mr. Herrera-Barajas has been incarcerated since November 3, 2004. Mr. Herrera-Barajas has not spoken to his mother since his arrest.

The Fresno County Jail will allow Mr. Herrera-Barajas to telephone his mother at her home in Mexico with an international calling card, paid for by Mr. Herrera-Barajas, or his relatives, if the Court so orders.

1

1      Mr. Herrera-Barajas's jail inmate number is: T00221225, is located on the 6th
2  Floor in Cell C002, hereby requests this Court to order the Fresno County jail to grant
3  him access to a telephone o which he can place a call to his mother at 011-52-394-53-
4  439-40 and that he be allowed to talk to his mother for a reasonable amount of time
5  and hopefully at least twenty minutes or for such longer time as the Fresno County
6  Sheriff may allow. This request is contingent upon the defendant's use of an
7  international calling card so that no costs are incurred by the Fresno County Jail. The
8  government is not opposed, the U.S. Marshal's are not opposed and the Fresno
9  County Sheriff is not opposed to this request (all have been contacted and shown a
10 copy of this request prior to defense counsel filing this request with the Court).

11 DATED: September 13, 2006    RESPECTFULLY SUBMITTED
    LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
ABEL HERRERA-BARAJAS

## COURT ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Sheriff of Fresno County, or its agent or employee, consistent with security procedures, allow defendant ABEL HERRERA-BARAJAS to place a telephone call to his mother in Mexico with an international telephone calling card so that there will be no long distance costs to the County of Fresno, the telephone call to last a reasonable amount of time at the discretion of the Fresno County Jail.

DATED: SEPTEMBER __14__, 2006

HONORABLE ATHONY W. ISHII
UNITED STATES DISTRICT JUDGE

2